UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH PARENTEAU,

    Plaintiff,

vs.

WESTSIDE DONUT 8TH AVE. VENTURES LLC, a New York limited liability company, d/b/a DUNKIN' DONUTS #344936, and 265 W. 37TH STREET LLC, a New York limited liability company,

    Defendants.
_____/

CASE NO: 1:15-cv-06363-AKH

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/16

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER OF DISMISSAL

COME NOW, Plaintiff, JOSEPH PARENTEAU, and Defendants, WESTSIDE DONUT 8TH AVE. VENTURESLLC, a New York limited liability company, d/b/a DUNKIN' DONUTS #344936, and 265 W. 37TH STREET LLC, a New York limited liability company, by and through their respective undersigned counsel, and pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of the above-captioned action, *with prejudice*, with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This 19th day of July, 2016.

By: _____
B. Bradley Weitz, Esq.
THE WEITZ LAW FIRM, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By: _____
Jasmine Y. Patel, Esq.
FRANKLIN GRINGER
& COHEN, P.C.
666 Old Country Road, Suite 202
Garden City, NY 11530
Telephone: (516) 228-3131
Facsimile: (516) 228-3136
Email: jpatel@franklingringer.com
*Attorney for Defendant, Westside Donut 8th Ave. Ventures LLC*

By: /s/ Jennifer B. Zourigui
Jennifer B. Zourigui, Esq.
INGRAM YUZEK GAINEN
CARROLL & BERTOLOTTI, LLP
250 Park Avenue
New York, NY 10177
Telephone: (212) 907-9614
Facsimile: (212) 907-9681
Email: jzourigui@ingramllp.com
*Attorney for Defendant*
*265 W. 37th Street LLC*

SO ORDERED:

/s/ Alvin K. Hellerstein
Hon. Alvin K. Hellerstein, U.S.D.J.

Date: 7-22-16